# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1345. WILLIAMS v. UNIVERSITY COMMUNITY ACADEMY.**

Wanda Williams sued University Community Academy ("the Academy") for breach of an alleged employment contract after the Academy declined to hire her to teach in the fall of 2011, following the Atlanta Public Schools cheating scandal. The Academy answered the complaint and, after discovery, moved for summary judgment. The trial court granted the motion on the grounds that (1) no contract was formed; (2) even if a contract was formed, it was for employment "at will," and the Academy could terminate Williams with or without cause; and (3) even if Williams was not an "at will" employee, the Academy had sufficient cause to terminate her.

Williams filed this appeal arguing only that genuine issues of material fact remain as to whether a valid employment contract was formed. Williams's appeal does not challenge the trial court's alternative bases for granting summary judgment, and as such the appeal is moot. "This Court will dismiss an appeal as moot where it affirmatively appears that a decision would be of no benefit to the complaining party." *Ray v. Hartwell R.R. Co.*, 289 Ga. 452, 453 (711 SE2d 722) (2011). Even if the Court were to determine that a valid contract existed, Williams would not be entitled to reversal in light of the trial court's unchallenged rulings that Williams's claim fails as a matter of law on alternative grounds. Accordingly, Williams cannot benefit from resolution of the issue she raised on appeal, and the appeal is DISMISSED as moot. See id.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __10/29/2013__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*